IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

MDL. No. 1917
No. C-07-5944-SC
C-08-1621-SC
C-08-1622-SC
C-08-1623-SC
C-08-1624-SC
C-08-1626-SC
C-08-1627-SC

Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Status Conference** on **April 4, 2008 at 10:00 A.M.** before the Honorable Samuel Conti.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: April 1, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
   Courtroom Deputy Clerk